UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cr-00129-MOC-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **RODNEY TOLEDANA RHODES JR.,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's pro se motion to reduce sentence under Amendment 821 of the United States Sentencing Guidelines. (Doc. Nos. 43, 44). Because Defendant was assessed two additional criminal history points for committing his offense while under a criminal justice sentence, <u>see</u> (Doc. No. 31 ¶ 50), the Court will require the Government to respond to Defendant's motion.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Government **SHALL RESPOND** to Defendant's motion within 30 days of the entry of this order.

Signed: April 11, 2024



Max O. Cogburn Jr
United States District Judge

1